1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2744

**FILED**

AUG 03 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:       )   S.W. NO.: 2:09-SW-0136-GGH
                                      )
171 Penhow Circle,                    )
Sacramento, California                )   ORDER
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )

The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: August 3, 2012

/s/ Edmund F. Brennan
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge